UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZELMA MOTLEY,

    Plaintiff,

v.

METRO MAN I, INC., D/B/A
WESTWOOD NURSING CENTER,

    Defendants.
_____/

Case No. 20-cv-11313

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER ASSESSING COSTS AND ADJOURNING FINAL PRETRIAL CONFERENCE

The Court held a Final Pretrial Conference on November 2, 2022. Keith Flynn and Andrea Frailey represented Plaintiff. Angela Mannarino represented Defendant. For the reasons stated on the record, the Court orders the following:

1) As required by the Court's Scheduling Order, persons with full settlement authority were required to attend the conference. See [ECF No. 54, PageID.421]. Defendant failed to send an individual with settlement authority to the Final Pretrial Conference. For that reason, **Defendant is assessed costs in the amount of $250 payable to the Clerk of the United States District Court for the Eastern District of Michigan**.

2) The Final Pretrial Conference is adjourned to **November 17, 2022, at 3:00 pm**. If Defendant fails to send an individual with settlement authority to attend the Final Pretrial Conference at this date and time, **it will be assessed costs in the amount of $500**.

3) Defendant will produce discovery documents by **November 9, 2022**.

-1-

4) Trial is still scheduled to begin on **November 29, 2022 at 9:00 am**.

5) Fed. R. Civ. P. 30 (b)(6) depositions are scheduled to occur during the week of **November 14, 2022**.

**IT IS SO ORDERED.**

Dated: November 2, 2022  /s/ Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 2, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk