**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ZELMA MOTLEY,

Plaintiff,

vs.

METRO MAN I, INC. d/b/a
WESTWOOD NURSING CENTER.

Defendant.

Case No. 20-cv-11313

Hon. Gershwin A. Drain
United States District Judge

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

/

**MILLER COHEN, P.L.C.**
Keith D. Flynn (P74192)
Ryan A. Paree (P80345)
Attorneys for Plaintiff
7700 Second Avenue, Suite 335
Detroit, MI 48202
(313) 964-4454
kflynn@millercohen.com
rparee@millercohen.com

**PAESANO AKKASHIAN, P.C.**
Brian Akkashian (P55544)
Alec Torigian (P81909)
Attorneys for Defendant
7457 Franklin Rd., Suite 200
Bloomfield Hills, MI 48301
248-792-6886
bakkashian@palawyers.com
atorigian@palawyers.com

Stevenson & Bullock, PLC
Michael A. Stevenson (P37638)
Sonya N. Goll (P61136)
Attorneys for Receiver
26100 American Dr., Suite 500
Southfield, MI 48034
(248) 354-7906
mstevenson@sbplclaw.com
sgoll@sbplclaw.com

/

**PLAINTIFF'S RESPONSE TO PAESANO AKKASHIAN, PC'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

NOW COMES Plaintiff, Zelma Motley, by and through her attorneys, Miller Cohen PLC, and for her Response to Paesano Akkashian, PC's Renewed Motion to Withdraw as Counsel for Defendant, states as follows:

Plaintiff does not oppose Paesano Akkashian's Motion to Withdraw as Counsel. Plaintiff can confirm that they have been almost exclusively communicating with Ed Ewald as Defendant's attorney for the past several months. Plaintiff does note that Paesano Akkashian's withdrawal within this time-span was obviously a highly likely outcome, given the history of this case, but Plaintiff does not feel that forcing Paesano Akkashian to remain on as Counsel in this matter would be appropriate. Based on the history of this case, the Defendant is clearly the source of the conflicts their attorneys are repeatedly running into. Plaintiff does note that these conflicts do not excuse the actions (or inactions) which led to this Court imposing sanctions; however, Plaintiff will address that in a separate Response.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**WHEREFORE** Plaintiff does not oppose Paesano Akkashian's withdrawal as Counsel for Defendant.

Respectfully submitted,

**MILLER COHEN, PLC**

By: *<u>/s/Ryan A. Paree</u>*
Keith D. Flynn (P74192)
Ryan A. Paree (P80345)
Miller Cohen, PLC
7700 Second Avenue, Suite 335
Detroit, MI 48202
(313) 964-4454 (Phone)
(313) 964-4490 (Fax)
kflynn@millercohen.com
rparee@millercohen.com

Dated: June 14, 2024

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ZELMA MOTLEY,

Plaintiff,

vs.

METRO MAN I, INC. d/b/a
WESTWOOD NURSING CENTER.

Defendant.

Case No. 20-cv-11313

Hon. Gershwin A. Drain
United States District Judge

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

_______________________________________/

**MILLER COHEN, P.L.C.**
Keith D. Flynn (P74192)
Ryan A. Paree (P80345)
Attorneys for Plaintiff
7700 Second Avenue, Suite 335
Detroit, MI 48202
(313) 964-4454
kflynn@millercohen.com
rparee@millercohen.com

**PAESANO AKKASHIAN, P.C.**
Brian Akkashian (P55544)
Alec Torigian (P81909)
Attorneys for Defendant
7457 Franklin Rd., Suite 200
Bloomfield Hills, MI 48301
248-792-6886
bakkashian@palawyers.com
atorigian@palawyers.com

Stevenson & Bullock, PLC
Michael A. Stevenson (P37638)
Sonya N. Goll (P61136)
Attorneys for Receiver
26100 American Dr., Suite 500
Southfield, MI 48034
(248) 354-7906
mstevenson@sbplclaw.com
sgoll@sbplclaw.com

_______________________________________/

**BRIEF IN SUPPORT OF PLAINTIFF'S**
**RESPONSE TO PAESANO AKKASHIAN, PC'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Plaintiff, Zelma Motley, by and through her attorneys, Miller Cohen, P.L.C., states that for her Brief in Support of her ***Response to Paesano Akkashian, PC's Renewed Motion to Withdraw as Counsel for Defendant*** that she relies upon the attached Motion.

Respectfully submitted,

**MILLER COHEN, PLC**

By: */s/Ryan A. Paree*
Keith D. Flynn (P74192)
Ryan A. Paree (P80345)
Miller Cohen, PLC
7700 Second Avenue, Suite 335
Detroit, MI 48202
(313) 964-4454 (Phone)
(313) 964-4490 (Fax)
kflynn@millercohen.com
rparee@millercohen.com

Dated: June 14, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 14*, 2024*, the foregoing document was electronically filed by the undersigned's authorized representative, using the ECF system, which will send notification of such filing to all counsel of record.

[SIGNATURES NEXT PAGE]

Respectfully submitted,

**MILLER COHEN, PLC**

By: */s/Ryan A. Paree*

Keith D. Flynn (P74192)
Ryan A. Paree (P80345)
7700 Second Avenue, Suite 335
Detroit, MI 48202
(313) 964-4454 (Phone)
(313) 964-4490 (Fax)
kflynn@millercohen.com
rparee@millercohen.com

Dated: June 14, 2024