# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 27, 2024

Mr. Mark Roy Bendure
Bendure & Thomas
15450 E. Jefferson Avenue
Suite 110
Grosse Pointe Park, MI 48230

Mr. Keith D. Flynn
Miller Cohen
7700 Second Avenue
Suite 335
Detroit, MI 48226

Ms. Mary Massaron
Plunkett Cooney
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Re: Case No. 23-1633, *Zelma Motley v. Metro Man I, Inc.*
Originating Case No. : 2:20-cv-11313

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 23-1633

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ZELMA MOTLEY

    Plaintiff - Appellee

v.

METRO MAN I, INC., dba Westwood Nursing Center

    Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                              **ENTERED PURSUANT TO RULE 33,**
                              **RULES OF THE SIXTH CIRCUIT**
                              Kelly L. Stephens, Clerk

Issued: June 27, 2024